D.W.S.

v.

STATE

CR-14-0006

Court of Criminal Appeals of Alabama.

02/02/2015

Dismissed

Phillip ROBINSON

v.

STATE

CR-14-0009

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/20/2015

Affirmed

Tami HINKLE

v.

STATE

CR-14-0013

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed

Cedrick Levonne DAVIS

v.

STATE

CR-14-0017

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Michael Solomon WARD

v.

STATE

CR-14-0019

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed